# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN  MH
(INDIVIDUAL ADJUSTMENT OF DEBTS)

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTORS: (H) Albert Collins  SS# xxx-xx-7092

(W) Elaine M. Collins  SS# xxx-xx-1871

ADDRESS: 5144 Teal Avenue, Memphis, TN 38118

PLAN PAYMENT: Debtors to pay $ 1,380.00 Weekly Every Two Weeks Semi-monthly **Monthly**

PAYROLL DEDUCTION:  OR ( X ) DIRECT PAY

BECAUSE: Social Security

FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | |
|---|---|---|---|---|
| Ocwen | ongoing payment begins | May 2015 | | $ 891.00 |
| | Approximate arrearage | $4,455.00 | Interest 0.00% | $ 75.00 |
| | ongoing payment begins | | | |
| | Approximate arrearage | | Interest | |

ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Ally Financial (2012 Chrysler 200) | $ 12,400.00 | 5.25% | $ 248.00 |

Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts. UNSECURED CREDITORS: Pay to be determined % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.