**Dated: May 01, 2015**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____


```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE


In Re:                                            Chapter 13
ALBERT COLLINS & ELAINE M COLLINS


Debtor(s)                                         Case No. 15-21334-L
SSN XXX-XX-7092     SSN XXX-XX-1871
```

---

Order Confirming Plan

---

It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;

   IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

```
Debtor One Direct    ALBERT COLLINS               $1,380.00 MONTHLY
```

If this is different from the originally proposed plan, then the Trustee is ordered to enter a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the exclusive control of this Court.  In the event of dismissal, or conversion, funds held by the Trustee shall be paid to creditors unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to §1328(a), dismissal of the case, or specific order of the Court.  The debtor(s) shall remain in possession of and in control of all property of the

estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,000.00.  The attorney has receieved $20.00 to be retained.

5. The percentage to be received by unsecured creditors is to be determined by the Trustee after the expiration of the 90 day bar date for the filing of claims; separate order to be entered thereon.

6.  Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) any real property during the pendency of this case, the real property will no longer be property of the estate and the automatic stay shall terminate regarding interests of affected real property taxing authorities.


7.  The balances of any student loans shall survive discharge if the plan indicates same.



CC: Sylvia Ford Brown             /s/ Sylvia Ford Brown
SZ                                Chapter 13 Trustee
    JIMMY MCELROY ATTY
    3780 S MENDENHALL #202
    MEMPHIS, TN  38115

```
                CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)
DEBTOR(S)      ALBERT COLLINS                              SSN XXX-XX-7092
              :ELAINE M COLLINS                            SSN XXX-XX-1871
BK NUMBER      15-21334-L
              :5144 TEAL AVENUE
               MEMPHIS, TN  38118

PLAN PAYMENT  :(DEBTOR 1)   $1,380.00   MONTHLY              - Direct Pay

METHOD OF PYMT  DIRECT PAY - First payment due by March 12, 2015.

EMPLOYER(S)    :  ALBERT COLLINS
                  5144 TEAL AVENUE
                  MEMPHIS, TN  38118

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

                                                                 MONTHLY
                                                                 PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE NOT INCLUDED


HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly

   OCWEN LOAN SERVICING LLC       ongoing pmt. begin  05/01/2015      $891.00
         Approx. arrearage     $4,455.00  Interest       0.00%         $75.00

SECURED CREDITORS:                            VALUE      INT RATE    MONTHLY
[retain lien 11 U.S.C.                                               PLAN PYMT
   ALLY FINANCIAL                          $12,232.46     5.25%       $248.00

UNSECURED CREDITORS:  The percentage to be received by unsecured creditors is
to be determined by the Trustee upon the expiration of the 90 day bar date for
the filing of claims; separate order to be entered.


    AMERI MARK PREMIER                     $69.00
    CAPITAL ONE SERVICES                $2,170.00
    CENTRAL FINANCIAL CONTROL           $1,440.00
    CONSOLIDATED RECOVERY SYSTEMS         $118.23
    ER SOLUTIONS INC                      $588.00
    GINNYS                                $145.00
    GETWELL FAMILY MEDICINE               $120.00
    FOX COLLECTION CENTER                  $69.74
    MIDLAND CREDIT MANAGEMENT INC       $1,417.00
    JESSIE MCGEE MD                       $136.15
    METHODIST HEALTHCARE                  $138.23
    EOS CCA                               $664.00
    DRLEONARDS                             $85.00
    ENHANCED RECOVERY COMPANY             $253.00
    CONSOLIDATED RECOVERY SYSTEMS         $162.52
    [Add]
    REGIONAL MEDICAL CENTER AT MEMI       $330.39
    UT MEDICAL GROUP                       $57.93
    OPTUM RX                               $91.04

TERMINATION: Plan shall terminate upon payment of the above, approximately  60
months.
```